**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAD ISSA SALEM, | ) NO. EDCV 06-00136-ABC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DAVID L. RUNNELS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 28, 2009

*Audrey B. Collins*

———————————————————
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE